WALTER S. COFFIN, Appellant, *v.* JAMES J. BARBER et al., Respondents.

*Coffin* v. *Barber*, 146 App. Div. 901, affirmed.
(Argued November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 6, 1911, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to recover damages alleged to have been occasioned plaintiff through the fraud and conspiracy of defendants.

*A. E. Kilby* and *C. E. Norris* for appellant.

*Stewart F. Hancock, T. E. Hancock* and *D. P. Morehouse* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK and MILLER, JJ. Not sitting: HOGAN, J. Absent: WERNER, J.